IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FREDRICA S. MILLS, )
)
        Plaintiff, )
)
v. ) 1:05CV308
)
WAKE FOREST BAPTIST MEDICAL )
CENTER, )
)
        Defendant. )

## JUDGMENT

On April 11, 2005, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this action be, and the same hereby is, dismissed for failure to sate a claim for relief within this Court's jurisdiction.

                                                                    United States District Judge

May 9, 2005